

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-15-00643-CV

Sandra **GALVAN**, Individually and as Next Friend of Valerie Rubio, Minor and Maria
Zempoaltcalt, Individually,
Appellants

v.

Rosalva **GARCIA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-307
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On August 31, 2016, this court issued its opinion and judgment in this appeal. On September 9, 2016, Appellee filed an unopposed first motion for extension of time to file a motion for rehearing until September 29, 2016. *See* TEX. R. APP. P. 49.1, 49.8.

Appellee's motion for extension of time is GRANTED. Appellee's motion for rehearing is due by September 29, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court